No. 07-15-00265-CR

| | | |
|---|---|---|
| Quinton Plattenburg<br>  Appellant | § | From the 12th District Court<br>  of Walker County |
| | § | |
| v. | | October 27, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|   Appellee | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated October 27, 2015, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o